Case 8:22-cv-00452-JSM-JSS   Document 1-1   Filed 02/24/22   Page 1 of 28 PageID 5

# IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT IN AND FOR HARDEE COUNTY, FLORIDA SMALL CLAIMS DIVISION

**DANIEL KYLE SOCKALOSKY,**

      **Plaintiff,**

v.                                             **Case No.**

**LVNV FUNDING LLC and
TRUEACCORD CORP.,**

      **Defendants.**

_____/

## PLAINTIFF'S STATEMENT OF CLAIM

**COMES NOW**, Plaintiff, **DANIEL KYLE SOCKALOSKY** ("Mr. Sockalosky" or "Plaintiff"), by and through the undersigned counsel, and hereby sues and files this Statement of Claim against Defendants, **LVNV FUNDING LLC** ("Debt Owner"), and **TRUEACCORD CORP.** ("Debt Collector") (collectively "Defendants"), and in support thereof states as follows:

### _Introduction_

1.      This action arises out of an alleged "Debt" as defined by 15 U.S.C. § 1692a(5) and Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 _et. seq._ ("FDCPA"), where Defendant communicated information in connection with the collection of the subject alleged Debt with person(s) other than Mr. Sockalosky, his attorney, or a consumer reporting agency without prior consent of Mr. Sockalosky given directly to Defendant and without the express permission of a court of competent jurisdiction or as reasonably necessary to effectuate a post judgment judicial remedy.

Plaintiff's Statement of Claim
_Sockalosky v. LVNV Funding LLC and TrueAccord Corp._
Page **1** of 13

*Jurisdiction and Venue*

2.      This is an action for damages that does not exceed Eight Thousand Dollars ($8,000.00), exclusive of interest, costs, and attorney's fees.

3.      Jurisdiction is proper in the State of Florida where the Defendant conducts business in the State of Florida.

4.      Jurisdiction of this Court also arises where Defendant's tortious activity under the FCCPA occurred in the State of Florida.

5.      Venue is proper in Hardee County, Florida, where Defendant has physical locations in Hardee County, Florida.

6.      Venue is proper in Hardee County, Florida, where this tortious cause of action accrued in Hardee County.

7.      Venue is also proper in Hardee County, Florida pursuant to Fla. Stat. § 559.77 (1) as a substantial part of the events or omissions giving rise to the claims occurred in this County.

*Parties*

8.      Plaintiff, Mr. Sockalosky, was and is a natural person and, at all times material hereto, is an adult, a resident of Hardee County, Florida, and a "debtor" or "consumer" as defined by Fla. Stat. § 559.55(8) and/or 15 U.S.C. § 1692a(3).

9.      At all times material hereto, Debt Owner was and is a business with its principal place of business in the state of NV, and its registered agent, Corporation Service Company, located at 1201 Hays Street, Tallahassee, FL 32301.

Plaintiff's Statement of Claim
*Sockalosky  v. LVNV Funding LLC and TrueAccord Corp.*
Page **2** of 13

10.     Further, at all times material hereto, Debt Owner is a "Debt Collector" as defined by 15 U.S.C. § 1692a(6).

11.     At all times material hereto, Debt Collector was and is a business with its principal place of business in the state of KS, and its registered agent, Incorp Services, Inc., located at 17888 67TH Ct. N., Loxahatchee, FL 33470.

12.     Further, at all times material hereto, Debt Collector is a "Debt Collector" as defined by 15 U.S.C. § 1692a(6).

13.     Debt Collector regularly uses the mails and/or telephone to collect, or attempt to collect, defaulted consumer debts.

14.     Debt Collector collects or attempts to collect defaulted debts owed to another using the telephone and mails.

15.     At all times material hereto, Debt Collector was performing debt collection owed to Debt Owner to satisfy Mr. Sockalosky's alleged debt.

16.     At all times material hereto, Debt Collector was acting within the scope of an employee, representative, or agent on behalf of Debt Owner for purposes of collecting Mr. Sockalosky's alleged debt for Debt Owner.

17.     As such, Debt Owner is responsible for the conduct of Debt Collector as its employee, representative, or agent.

18.     Under information and belief, Debt Owner granted Debt Collector access to information and systems that normally would be within Debt Owner's exclusive control, including, but not limited to Mr. Sockalosky's information.

Plaintiff's Statement of Claim
*Sockalosky v. LVNV Funding LLC and TrueAccord Corp.*
Page **3** of 13

19.     Under information and belief, Debt Owner allowed Debt Collector to enter Mr. Sockalosky's information into Debt Owner's sales or customer systems.

20.     Under information and belief, Debt Owner gave Debt Collector authority to use the principal's trade name, trademark, or service mark.

21.     Under information and belief, Debt Owner approved, wrote, or reviewed a form letter or call script for Debt Collector to use when communicating with Mr. Sockalosky.

22.     Under information and belief, Debt Owner had actual knowledge of Debt Collector's FDCPA violations when contacting Mr. Sockalosky and Debt Owner failed to stop such violations by Debt Collector.

23.     Under information and belief, via a contractual relationship between the parties, Debt Owner had control or the ability to control Debt Collector's actions in attempting to collect Mr. Sockalosky's debt on behalf of Debt Owner.

### _Statements of Fact_

24.     Mr. Sockalosky opened a credit card account with Sterling Jewelers, Inc. for personal or household use that was assigned a unique account number ending 4462 ("Account").

25.     Sometime thereafter, Mr. Sockalosky encountered financial difficulties and fell behind on his payments towards the Account, which incurred an outstanding balance owed thereunder ("Debt").

26.     Under information and belief, the Account and Debt was then sold, assigned, or transferred to Debt Owner.

Plaintiff's Statement of Claim
_Sockalosky v. LVNV Funding LLC and TrueAccord Corp._
Page **4** of 13

27.    The Debt was in default status at the time it was sold, assigned, or transferred to Debt Owner.

28.    At some point thereafter, the Account and Debt was then assigned or transferred to Debt Collector for collection purposes.

29.    The Debt was in default status at the time it was assigned or transferred to Debt Collector for collection purposes.

30.    Mr. Sockalosky never directly provided Defendants with prior consent to communicate any information in connection with the collection of the Debt with any persons.

31.    At no time has a court of competent jurisdiction authorized Defendants to communicate any information in connection with the collection of the Debt with any persons.

32.    At no time has Defendants needed to effectuate a postjudgment judicial remedy when communicating any information in connection with the collection of the Debt with any persons.

33.    Despite Defendants failing to have Mr. Sockalosky's prior consent to communicate information in connection with the collection of the Debt with any persons, Defendants have communicated information in connection with the collection of the Debt to third party vendors.

34.    As part of its utilization of third-party vendors, Defendants conveyed information regarding the alleged Debt to at least one third party vendor.

Plaintiff's Statement of Claim
*Sockalosky v. LVNV Funding LLC and TrueAccord Corp.*
Page 5 of 13

35.     The information conveyed by Defendants to their third-party vendor included Mr. Sockalosky's personal identifying information, contact information, status as a debtor, the precise amount of the alleged Debt, the entity to which Mr. Sockalosky allegedly owed the Debt, and the fact that the alleged Debt concerned a defaulted debt of Mr. Sockalosky.

36.     Defendants also conveyed that they were a debt collector attempting to collect a debt from Mr. Sockalosky to its third-party vendor(s).

37.     Under information and belief, Defendants communicated information in connection with the collection of the Debt to a third-party vendor that provided risk assessments with respect to Mr. Sockalosky and the Account.

38.     Under information and belief, Defendants communicated information in connection with the collection of the Debt to a third-party vendor that provided various scrubbing services with respect to Mr. Sockalosky and the Account.

39.     Defendants also communicated information in connection with the collection of the Debt to third party vendors that it used to send collection emails to Mr. Sockalosky.

40.     The third-party vendor used the information from Defendant's communication in connection with the collection of the Debt to populate some or all information into a prewritten template that was then sent to Mr. Sockalosky.

41.     For example, on or around November 6, 2021, Debt Owner used a third-party vendor, Debt Collector, to send an email directly to Mr. Sockalosky in connection with the collection of an alleged debt owed on the Account. *See* **Exhibit A.**

Plaintiff's Statement of Claim
*Sockalosky  v. LVNV Funding LLC and TrueAccord Corp.*
Page 6 of 13

42.     Debt Collector's November 6, 2021 email was addressed directly to Mr. Sockalosky, demanded a total amount due of $1,648.79, threatened Mr. Sockalosky with the Account being forwarded to a local attorney to file suit if Mr. Sockalosky does not respond to Debt Collector, and represented that Debt Collector's November 6, 2021 email was "an attempt to collect a debt and any information obtained will be used for that purpose." *See* **Exhibit A.**

43.     On or around November 10, 2021, Debt Collector sent another email directly to Mr. Sockalosky in connection with the collection of an alleged debt owed on the Account. *See* **Exhibit B.**

44.     Debt Collector's November 10, 2021 email was addressed directly to Mr. Sockalosky, threatened Mr. Sockalosky with the Account being forwarded to a local attorney to file suit if Mr. Sockalosky does not respond to Debt Collector, offered to resolve the subject balance of $2,060.99 owed to Debt Owner, and represented that Debt Collector's November 10, 2021 email was "an attempt to collect a debt and any information obtained will be used for that purpose.". *See* **Exhibit B.**

45.     On or around November 14, 2021, Debt Collector sent another email directly to Mr. Sockalosky in connection with the collection of an alleged debt owed on the Account. *See* **Exhibit C.**

46.     Debt Collector's November 14, 2021 email was addressed directly to Mr. Sockalosky, offered to resolve the subject balance owed to Debt Owner, threatened Mr. Sockalosky with the Account being forwarded to a local attorney to file suit if Mr. Sockalosky does not respond to Debt Collector, and represented that Debt Collector's

Plaintiff's Statement of Claim
*Sockalosky  v. LVNV Funding LLC and TrueAccord Corp.*
Page 7 of 13

November 14, 2021 email was "an attempt to collect a debt and any information obtained will be used for that purpose.". *See* **Exhibit C.**

47.     On or around November 17, 2021, Debt Collector sent another email directly to Mr. Sockalosky in connection with the collection of an alleged debt owed on the Account.  *See* **Exhibit D.**

48.     Debt Collector's November 17, 2021 email was addressed directly to Mr. Sockalosky, threatened Mr. Sockalosky with the Account being forwarded to a local attorney to file suit if Mr. Sockalosky does not respond to Debt Collector, offered to resolve the subject balance of $2,060.99 owed to Debt Owner, and represented that Debt Collector's November 17, 2021 email was "an attempt to collect a debt and any information obtained will be used for that purpose.". *See* **Exhibit D.**

49.     On or around December 1, 2021, Debt Collector sent another email directly to Mr. Sockalosky in connection with the collection of an alleged debt owed on the Account.  *See* **Exhibit E.**

50.     Debt Collector's December 1, 2021 email was addressed directly to Mr. Sockalosky, threatened Mr. Sockalosky with the Account being forwarded to a local attorney to file suit if Mr. Sockalosky does not respond to Debt Collector, offered to resolve the subject balance of $2,060.99 owed to Debt Owner, and represented that Debt Collector's December 1, 2021 email was "an attempt to collect a debt and any information obtained will be used for that purpose.". *See* **Exhibit E.**

51.     All of Defendant's emails to Mr. Sockalosky were done in connection with the collection of the alleged Debt.

Plaintiff's Statement of Claim
*Sockalosky  v. LVNV Funding LLC and TrueAccord Corp.*
Page **8** of **13**

### *Count 1: Violation of the Fair Debt Collection Practices Act ("FDCPA")*
### *(as against Debt Collector)*

52.     Mr. Sockalosky re-alleges paragraphs 1-51 and incorporates the same herein by reference.

53.     Mr. Sockalosky is a "consumer" within the meaning of the FDCPA.

54.     The subject debt is a "consumer debt" within the meaning of the FDCPA.

55.     Debt Collector is a "debt collector" within the meaning of the FDCPA.

56.     Debt Collector's communication of information in connection with the collection of the Debt to the subject third party vendor(s) is a "communication" as that term is defined by 15 U.S.C. § 1692a(2) and prohibited under 1692c(b).

57.     Debt Collector violated the FDCPA. Debt Collector 's violations include, but are not limited to, the following:

    a.   Defendant violated 15 U.S.C. § 1692c(b) by communicating in connection with the collection of the Debt with person(s) other than Mr. Sockalosky, his attorney, or a consumer reporting agency without the prior consent of Mr. Sockalosky given directly to Defendant and without the express permission of a court of competent jurisdiction or as reasonably necessary to effectuate a postjudgment judicial remedy.

58.     As a result of the above violations of the FDCPA, Mr. Sockalosky has been subjected to unwarranted and illegal collection activities and harassment for which he has been damaged.

Plaintiff's Statement of Claim
*Sockalosky  v. LVNV Funding LLC and TrueAccord Corp.*
Page **9** of **13**

59.   Defendant's actions have damaged Mr. Sockalosky by causing him stress.

60.   Defendant's actions have damaged Mr. Sockalosky by causing him anxiety.

61.   Defendant's actions have damaged Mr. Sockalosky by being an annoyance.

62.   Defendant's actions have damaged Mr. Sockalosky by causing him aggravation.

63.   It has been necessary for Mr. Sockalosky to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

64.   All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Collector as follows:

    a.   Awarding statutory damages as provided by 15 U.S.C. § 1692k(a)(2)(A);

    b.   Awarding actual damages;

    c.   Awarding costs and attorneys' fees;

    d.   Ordering an injunction preventing further wrongful contact by the Defendant; and

    e.   Any other and further relief as this Court deems just and equitable.

### _Count 2: Violation of the Fair Debt Collection Practices Act ("FDCPA")_ _(as against Debt Owner)_

65.   Mr. Sockalosky re-alleges paragraphs 1-51 and incorporates the same herein by reference.

66.   Mr. Sockalosky is a "consumer" within the meaning of the FDCPA.

Plaintiff's Statement of Claim
*Sockalosky  v. LVNV Funding LLC and TrueAccord Corp.*
Page **10** of 13

67.     The subject debt is a "consumer debt" within the meaning of the FDCPA.

68.     Debt Owner is a "debt collector" within the meaning of the FDCPA.

69.     Debt Owner's communication of information in connection with the collection of the Debt to the subject third party vendor(s) is a "communication" as that term is defined by 15 U.S.C. § 1692a(2) and prohibited under 1692c(b).

70.     Debt Owner violated the FDCPA. Debt Collector 's violations include, but are not limited to, the following:

a.     Defendant violated 15 U.S.C. § 1692c(b) by communicating in connection with the collection of the Debt with person(s) other than Mr.  Sockalosky, his attorney, or a consumer reporting agency, including, but not limited to, Debt Collector, without the prior consent of Mr. Sockalosky given directly to Defendant and without the express permission of a court of competent jurisdiction or as reasonably necessary to effectuate a postjudgment judicial remedy.

71.     Additionally, at all times relevant hereto, Debt Owner was vicariously liable for the actions of Debt Collector.

72.     Debt Collector also violated the FDCPA. Debt Collector's violations include, but are not limited to, the following:

a.     Defendant violated 15 U.S.C. § 1692c(b) by communicating in connection with the collection of the Debt with person(s) other than Mr. Sockalosky, his attorney, or a consumer

Plaintiff's Statement of Claim
*Sockalosky  v. LVNV Funding LLC and TrueAccord Corp.*
Page **11** of **13**

reporting agency without the prior consent of Mr. Sockalosky given directly to Defendant and without the express permission of a court of competent jurisdiction or as reasonably necessary to effectuate a postjudgment judicial remedy.

73. As a result of the above violations of the FDCPA, Mr. Sockalosky has been subjected to unwarranted and illegal collection activities and harassment for which he has been damaged.

74. Defendant's actions have damaged Mr. Sockalosky by causing him stress.

75. Defendant's actions have damaged Mr. Sockalosky by causing him anxiety.

76. Defendant's actions have damaged Mr. Sockalosky by being an annoyance.

77. Defendant's actions have damaged Mr. Sockalosky by causing him aggravation.

78. It has been necessary for Mr. Sockalosky to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

79. All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Collector as follows:

a. Awarding statutory damages as provided by 15 U.S.C. § 1692k(a)(2)(A);

b. Awarding actual damages;

c. Awarding costs and attorneys' fees;

Plaintiff's Statement of Claim
*Sockalosky v. LVNV Funding LLC and TrueAccord Corp.*
Page **12** of 13

d.  Ordering an injunction preventing further wrongful contact by the
    Defendant; and

e.  Any other and further relief as this Court deems just and equitable.


**DEMAND FOR JURY TRIAL**

Plaintiff, **DANIEL KYLE SOCKALOSKY** , demands a trial by jury on all issues so

triable.


Respectfully submitted this **December 30, 2021,**


/s/ Kaelyn Diamond
Kaelyn Diamond, Esq.
Florida Bar No. 125132
kaelyn@attorneydebtfighters.com
service@attorneydebtfighters.com
Ziegler Diamond Law: Debt Fighters
2561 Nursery Road, Suite A
Clearwater, FL 33764
(p)  (727) 538-4188
(f)  (727) 362-4778
*Counsel for Plaintiff*

Plaintiff's Statement of Claim
*Sockalosky  v. LVNV Funding LLC and TrueAccord Corp.*
Page **13** of 13

# EXHIBIT A



From: **Deanna Hill** <deanna@notify.trueaccord.com>
Date: Sat, Nov 6, 2021, 1:52 PM
Subject: Your LVNV Funding LLC balance needs some attention
To: Daniel K Sockalosky <kyleandtrinaso███@gmail.com>

**This is an important message for Daniel K Sockalosky. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

**At this time, no attorney has personally reviewed the particular circumstances of your account.  However, if you fail to contact us about this account it will be returned to our client who  then may forward it to a local attorney for the purposes of filing suit. We'd like to avoid this,  and find a way to work together.** Learn More.

We want to help you resolve this account.

Hi Daniel K,

We've been reaching out to you for quite some time. We still want to work with you to resolve your LVNV Funding LLC (current creditor of your original Sterling Jewelers, Inc. (Kay) account) account.

We have a new offer for you. Instead of paying the full balance, you can resolve this account for a payment of $1,648.79.

We hope you take advantage of this offer!

View My Offers

We are not obligated to extend or renew this offer.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Please read below for important disclosures.**

   

Copyright © 2021 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219
1-866-611-2731
Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is:** ███████

Click here for more information about your balance

Not ready to pay? Get help managing your debt.

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account

**This was originally an account with Sterling Jewelers, Inc. (Kay), account number ending in** 

**You can view your Gramm-Leach-Bliley Privacy Rights by visiting this url:**
http://go.trueaccord.com/resurgent_glb

**LVNV Funding LLC account number ending in:** ████.

# EXHIBIT B



From: **Deanna Hill** <deanna@notify.trueaccord.com>
Date: Wed, Nov 10, 2021, 2:48 PM
Subject: Find an option that works for you
To: Daniel K Sockalosky <kyleandtrinaso█████@gmail.com>

Work with us.

**This is an important message for Daniel K Sockalosky. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

**At this time, no attorney has personally reviewed the particular circumstances of your account.  However, if you fail to contact us about this account it will be returned to our client who  then may forward it to a local attorney for the purposes of filing suit. We'd like to avoid this,  and find a way to work together.** Learn More.

Daniel K, we want to hear from you.

Daniel K, you were making great progress on your $2,060.99 balance with LVNV Funding LLC (current creditor of your original Sterling Jewelers, Inc. (Kay) account).

We'd love to see you make more progress. Take a look at your options below.

We can find a solution that works for you. Just reply to this email or call (866) 611-2731.

View your options

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please read below for important disclosures.

   

**Copyright © 2021 TrueAccord**

16011 College Blvd, Suite 130, Lenexa, KS 66219
1-866-611-2731
Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is:** ███████ ████

Click here for more information about your balance

Not ready to pay? Get help managing your debt.

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account

**This was originally an account with Sterling Jewelers, Inc. (Kay), account number ending in 4462**

**You can view your Gramm-Leach-Bliley Privacy Rights by visiting this url:**
http://go.trueaccord.com/resurgent_glb

LVNV Funding LLC account number ending in: ████

# EXHIBIT C



From: **Deanna Hill** <deanna@notify.trueaccord.com>
Date: Sun, Nov 14, 2021, 3:03 PM
Subject: Daniel K, talk to us
To: Daniel K Sockalosky <kyleandtrinaso█████@gmail.com>

We can work this out.

**This is an important message for Daniel K Sockalosky. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

**At this time, no attorney has personally reviewed the particular circumstances of your account.  However, if you fail to contact us about this account it will be returned to our client who  then may forward it to a local attorney for the purposes of filing suit. We'd like to avoid this,  and find a way to work together. Learn More.**

# Talk to our support team, we can help!

Hi Daniel K, this is your support team checking in to remind you we're here to help. You previously made a commitment, and we want to see you keep making progress toward resolving your LVNV Funding LLC (current creditor of your original Sterling Jewelers, Inc. (Kay) account) balance.

All of our agents are trained to work with you to find the best solution to paying off your balance. Reach out to us and we can begin finding an option that works best for you.

Reply to this email or call (866) 611-2731 to speak with our team.

View Your Options

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Please read below for important disclosures.**

   

Copyright © 2021 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219
1-866-611-2731
Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is:** ███████

Click here for more information about your balance

Not ready to pay? Get help managing your debt.

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account

**This was originally an account with Sterling Jewelers, Inc. (Kay), account number ending in** ███████

**You can view your Gramm-Leach-Bliley Privacy Rights by visiting this url:**
http://go.trueaccord.com/resurgent_glb

**LVNV Funding LLC account number ending in:** 

# EXHIBIT D



From: **Deanna Hill** <deanna@notify.trueaccord.com>
Date: Wed, Nov 17, 2021, 7:57 PM
Subject: Daniel K, work with our team
To: Daniel K Sockalosky <kyleandtrinaso███@gmail.com>

We want to help.

**This is an important message for Daniel K Sockalosky. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

**At this time, no attorney has personally reviewed the particular circumstances of your account.  However, if you fail to contact us about this account it will be returned to our client who  then may forward it to a local attorney for the purposes of filing suit. We'd like to avoid this,  and find a way to work together.** Learn More.

## Daniel K, we're here to support you in this.

Your $2,060.99 balance with LVNV Funding LLC (current creditor of your original Sterling Jewelers, Inc. (Kay) account) is still outstanding.

You were on the path to repayment and it was great to see you making progress.

Something came up along the way, but we're still here to help you take the next step.

We want to see you succeed, and our team of trained agents is here to work with you to find your best option.

Reply to this email or call 1-866-611-2731 to keep moving forward.

Keep Making Progress

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please read below for important disclosures.






Copyright © 2021 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219
1-866-611-2731
Office Hours: M-F, 8 AM - 8 PM ET
**Your TrueAccord account number is:** ███████

Click here for more information about your balance

Not ready to pay? Get help managing your debt.

Unsubscribe  Dispute this debt  Privacy Policy

Log in to your account

This was originally an account with Sterling Jewelers, Inc. (Kay), account number ending in 4462

You can view your Gramm-Leach-Bliley Privacy Rights by visiting this url:
http://go.trueaccord.com/resurgent_glb

LVNV Funding LLC account number ending in:███

# EXHIBIT E



From: **Deanna Hill** <deanna@notify.trueaccord.com>
Date: Wed, Dec 1, 2021, 4:10 PM
Subject: We'd really like to hear from you
To: Daniel K Sockalosky <kyleandtrinaso███@gmail.com>

Please respond.

**This is an important message for Daniel K Sockalosky. If you are not this person, please disregard and delete it.**
Email not displaying correctly? Skip to our message.

**At this time, no attorney has personally reviewed the particular circumstances of your account.  However, if you fail to contact us about this account it will be returned to our client who  then may forward it to a local attorney for the purposes of filing suit. We'd like to avoid this,  and find a way to work together. Learn More.**

# Daniel K, please get in touch with us today.

We've sent a few emails but unfortunately have not heard back. We'd like to help you get back on track to resolving your balance of $2,060.99 with LVNV Funding LLC (current creditor of your original Sterling Jewelers, Inc. (Kay) account).

Review all options available to you. As always, we're here to assist you. Just reply to this email or give us a call.

View Your Options

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Please read below for important disclosures.**

---

   

Copyright © 2021 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219

1-866-611-2731

Office Hours: M-F, 8 AM - 8 PM ET

**Your TrueAccord account number is:** ████████████

**Click here for more information about your balance**

Not ready to pay? Get help managing your debt.

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account

This was originally an account with Sterling Jewelers, Inc. (Kay), account number ending in ████

You can view your Gramm-Leach-Bliley Privacy Rights by visiting this url: http://go.trueaccord.com/resurgent_glb

LVNV Funding LLC account number ending in: